UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JESSICA N. CHILDERS,

     Petitioner,

          v.                                   Civil No. 12-cv-648-JPG

UNITED STATES OF AMERICA,         Criminal No 11-cr-40067-JPG

     Respondent.

## JUDGMENT

     This matter having come before the Court, and the Court having rendered a decision,

     IT IS HEREBY ORDERED AND ADJUDGED that petitioner Jessica N. Childers' motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is dismissed with prejudice.

**DATED: March 29, 2013**         **NANCY J. ROSENSTENGEL, Clerk of Court**

                                 By:s/Deborah Agans, Deputy Clerk

**Approved**:    <u>s/J. Phil Gilbert</u>
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**